IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM CORCORAN and**
**VINCENT RIVERA,**

    **Plaintiffs,**

v.                                                               Case No.   5:10cv297/MCR/CJK

**WALTER MCNEIL, et al.,**

    **Defendants.**
_____/

## **ORDER**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 26, 2011 (doc. 12).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to prosecute this action.

    **DONE AND ORDERED** this 1st day of August, 2011.

                                                         s/ *M. Casey Rodgers*
                                                         **M. CASEY RODGERS**
                                                         **CHIEF UNITED STATES DISTRICT JUDGE**